IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILLENNIUM PROPERTIES R/E, INC., | |
| Plaintiff, | No. 05 C 4655 |
| v. | Judge Wayne R. Andersen |
| MILLENNIUM PROPERTIES, INC., | Magistrate Nan R. Nolan |
| Defendant. | |

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(ii), Plaintiff Millennium Properties R/E, Inc. and Defendant Millennium Properties, Inc., by their respective attorneys, stipulate to the dismissal with prejudice of all claims asserted in Case No. 05 C 4655, with each party to bear its own fees and costs.

Dated: March 22, 2007

SO STIPULATED:

| **Millennium Properties R/E, Inc.** | **Millennium Properties, Inc.** |
|---|---|
| Edward D. Shapiro (Atty. #06226069) | Donald J. Kindwald |
| John H. Ward (Atty. #02939924) | Kindwald Law Offices, P.C. |
| Megan Oliver (Atty. #6275637) | 19 South LaSalle Street, Suite 802 |
| MUCH SHELIST | Chicago, Illinois 60603 |
| 191 North Wacker Drive, Suite 1800 | (312) 229-1675 |
| Chicago, Illinois 60606 | |
| (312) 521-2000 | |

## CERTIFICATE OF SERVICE

I, Megan Oliver, an attorney, certify that on March 22 2007, I electronically filed, on behalf of Millennium Properties, R/E, Inc., **Stipulation to Dismiss** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

Donald J. Kindwald
Kindwald Law Offices, P.C.
19 South LaSalle Street, Suite 802
Chicago, Illinois 60603

/s/ Megan Oliver
*One of the attorneys for Plaintiff,*
*Millennium Properties R/E, Inc.*

685093_1